The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WESTCOTT FRANCIS-CURLEY, <br><br> Defendant. | NO. CR23-126RSM <br><br> **ORDER CONTINUING TRIAL AND AMENDING CASE SCHEDULE** |

THE COURT FINDS, for the reasons set forth in the parties' stipulated motion to continue trial, that the failure to grant a continuance would unreasonably deny the government continuity of counsel, and that a shorter continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

//

//

//

Order to Continue Trial and Amend Case Schedule – 1
*United States v. Francis-Curley*, CR23-126RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS THEREFORE ORDERED that the trial in this case shall be continued to January 27, 2025, and that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER ORDERED that the case scheduling order is amended as follows:

| EVENT | DEADLINE |
|---|---|
| Defense disclosure of affirmative defenses | September 20, 2024 |
| Government expert disclosure (case-in-chief) | October 4, 2024 |
| Defense expert disclosure (case-in-chief) | October 25, 2024 |
| Government rebuttal expert disclosure | November 15, 2024 |
| Government notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | November 15, 2024 |
| Pretrial motions deadline | November 26, 2024 |
| Responses to pretrial motions due | December 13, 2024 |
| Replies due and noting date for pretrial motions | December 20, 2024 |
| Government filing of witness list and exhibit lists (case-in-chief) | December 27, 2024 |
| Defense filing of witness list and exhibit lists | January 3, 2025 |

Order to Continue Trial and Amend Case Schedule – 2
*United States v. Francis-Curley*, CR23-126RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Government proposed jury instructions, voir dire, verdict form, and trial brief | January 3, 2025 |
| Defense proposed alternative or supplemental jury instructions, voir dire, verdict form, and trial brief | January 10, 2025 |
| Parties to file motions in limine | January 10, 2025 |
| Parties to respond to motions in limine | January 17, 2025 |
| Government proposed supplemental jury instructions | January 17, 2025 |
| Pretrial Conference | To be scheduled |
| Trial begins | January 27, 2025 |

DATED this 15th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ David T. Martin
DAVID T. MARTIN
Assistant United States Attorney

 s/ Gregory Geist
GREGORY GEIST
Counsel for Defendant

Order to Continue Trial and Amend Case Schedule – 3
*United States v. Francis-Curley*, CR23-126RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970